UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TRAMMELL, | Case No.  26-cv-03600-SVK |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| APPLE CARD, | |
| Defendant. | |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: April 28, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California